# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

DEREK MITCHELL                    CIVIL ACTION NO. 05-1192-P

VERSUS                            JUDGE STAGG

RAY HANSON, ET AL.                MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

Defendants filed an answer (Doc. 14) to Plaintiff's complaint on April 27, 2006. The Memorandum Orders (Docs. 5 and 9) that ordered service upon Defendants permitted 60 days from the filing of responsive pleadings for all parties to complete discovery. Within 30 days thereafter, the parties were allowed to file a motion for summary judgment or a statement of issues that enumerates each genuine issue of material fact perceived by that party which is relevant to this matter. If the case is not capable of resolution through summary judgment, the statement of issues will be used by the Court to determine the necessity for and scope of an evidentiary hearing. The time for filing motions or statements of issues has passed and neither Plaintiff nor Defendants has complied with the orders. The parties are hereby granted until **August 31, 2006** to comply with the order by filing a motion for summary judgment or a statement of issues.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 8th day of August, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE