UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| DEREK MITCHELL | : | CIVIL ACTION NO.: 05-1192 |
| VERSUS | : | JUDGE: STAGG |
| RAY HANSON, ET AL. | : | MAGISTRATE JUDGE: HORNSBY |

**AFFIDAVIT**

PARISH OF Claiburne

STATE OF LOUISIANA

    I, **JUDY LOFTON**, the undersigned affiant, having first been duly sworn, did depose and state under oath the following:

1. That I am currently employed by the State of Louisiana, through the Department of Public Safety and Corrections, as an Accounting Specialist II at David Wade Correctional Center in Homer, Louisiana. I have been employed as an Accounting Specialist II for almost eight (8) years.

2. That as an Accounting Specialist II, I am familiar with the procedure with regard to handling legal documentation submitted for mailing by inmates housed at David Wade Correctional Center. My duties require me to receive the legal mail submitted for mailing by the inmate; weigh the legal mail for correct postage; and verify that the inmate has adequate funding in his inmate account to cover payment for the amount of postage due. The legal mail is then forwarded to the mail room for the correct postage to be placed on the legal mail before the legal mail is forwarded from David Wade Correctional Center to the United States Post Office.

3. That the affiant is also the Custodian of the record log book for legal documentation submitted for certified mailing by inmates housed at David Wade Correctional Center.


DEFENDANT'S EXHIBIT B

4. At the request of the Attorney General's Office, I have reviewed the accounting records for any *Inmate Funds Withdrawal Request* forms submitted by inmate Derek Mitchell, DOC# 308448, with regard to legal mail between May 24, 2007 and July 12, 2007. Furthermore, I have reviewed the inmate bank account of inmate Derek Mitchell, DOC# 308448, for withdrawals made for the payment of legal mail between May 24, 2007 and July 12, 2007. After said review, I assert the following:

    a. That inmate Derek Mitchell was an inmate housed at the David Wade Correctional Center between May 24, 2007 and July 12, 2007.

    b. That during the period between May 24, 2007 and July 12, 2007, the affiant located only one *Inmate Funds Withdrawal Request* submitted by inmate Derek Mitchell. Inmate Derek Mitchell submitted the *Inmate Funds Withdrawal Request* for mailing legal documentation to the United States Fifth Circuit Court of Appeals via certified mail. A copy of said *Inmate Funds Withdrawal Request* is attached hereto.

    c. Inmate Derek Mitchell did not complete the section titled "Date of Request" on the *Inmate Funds Withdrawal Request*. Therefore, at the top of the *Inmate Funds Withdrawal Request* submitted by inmate Derek Mitchell, the affiant wrote "received & processed 07-09-07 JgL" on the date that she received the paperwork from inmate Mitchell.

    d. That David Wade Correctional Officers verified that the *Inmate Funds Withdrawal Request* was being submitted by inmate Derek Mitchell by obtaining both his signature and his right thumb print on the *Inmate Funds Withdrawal Request*.

e. That affiant received and processed the legal documentation with the *Inmate Funds Withdrawal Request* of inmate Derek Mitchell on July 9, 2007. On July 9, 2007, inmate Derek Mitchell was charged the amount of FIVE AND 38/100 ($5.38) DOLLARS for the mailing of the certified mail package to the United States Fifth Circuit Court of Appeals. On July 10, 2007, the amount of FIVE AND 38/100 ($5.38) DOLLARS was placed in the computer to be withdrawn from the inmate bank account of inmate Derek Mitchell to cover the payment of postage for legal mail submitted by inmate Derek Mitchell for certified mailing.

f. That because the legal documentation submitted by inmate Derek Mitchell was mailed to the United States Fifth Circuit Court of Appeals via certified mail, the affiant, as the Custodian of the record log book for certified mail, was responsible for logging in the certified mailing on behalf of inmate Derek Mitchell to the United States Fifth Circuit Court of Appeals.

g. That the affiant made the following entry on page 35 of the record log book for certified mail with regard to inmate Derek Mitchell's package to the United States Fifth Circuit Court of Appeals: "07-09-07 D. Mitchell 308448 (5th Circuit U.S.CofA) 5.38 7004 2510 0007 2385 5476". A copy of page 35 of the record log book for certified mail is attached hereto. The affiant also placed the aforementioned certified mail number on the *Inmate Funds Withdrawal Request* submitted by inmate Derek Mitchell in connection with the mailing of his legal documentation to the United States Fifth Circuit Court of Appeals.

h. That as an Accounting Specialist II who has received and processed legal mail submitted by inmates housed at David Wade Correctional Center for almost eight (8) years, and based on the attached documentation, affiant states that the legal

documentation submitted by inmate Derek Mitchell for mailing to the United States Fifth Circuit Court of Appeals was received and processed within the normal time period for receiving and processing inmate legal mail, which is approximately two (2) to three (3) days.

The above facts are true and correct to the best of my knowledge, information and belief.

WITNESSES:

_Karen Bays_
SIGNATURE

_Judy J. Lofton_
JUDY LOFTON

_Karen Bays_
PRINT

_Betty J. Harris_
SIGNATURE

_Betty J. Harris_
PRINT

SWORN TO AND SUBSCRIBED before me this 29th day of November, 2007, _Homer_, Louisiana.

_Kelly Carpenter_
NOTARY PUBLIC

Kelly Carpenter, Notary Public
Claiborne Parish, Louisiana
My Commission is for Life
#67368

4

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**INMATE FUNDS WITHDRAWAL REQUEST**

Mailed: received & processed 01-09-07 ssc

NAME, LAST NAME, FIRST NAME, INITIAL: Mitchell, Derek J

DOC NUMBER: 308448

LIVING QUARTERS: MJ-10

DATE OF REQUEST: 1 / / 

WRITTEN AMOUNT: Five dollars & 38/100 DOLLARS

TOTAL AMOUNT: $ 5.38

**PAYEE:**
INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL

VENDOR NO.: 

NAME: David Wade Correctional Center
ADDRESS: 670 Bell Hill Road
CITY: Homer    STATE: LA    ZIP: 71040

INMATE SIGNATURE: Derek Mitchell

REQUEST DENIED. REASON: 

RIGHT THUMB PRINT

VERIFIED BY: 
TITLE: Capt & Col

APPROVED BY: 
TITLE: 

**DRAWING ACCOUNT**

| CODE | |
|---|---|
| 73 | ☐ Inmate club |
| 74 | ☑ 5th Circuit U.S. Court of Appeals Clerk of Court |
| | Outside purchased 600 Camp Street New Orleans LA 70130 |
| | ☐ Family member |
| | ☐ Educational courses |
| | ☐ Outside bank savings acct# |
| | ☐ Newspaper ad for clemency/pardon |
| | ☑ Other: certification of merit/return receipt |
| | 7004 2510 0007 2385 5476 |

**SAVINGS ACCOUNT**

1-2oz legal letter sent certified with return receipt

| CODE | |
|---|---|
| 79 | ☐ Court Cost - Civil action number |
| 94 | ☐ Savings Bond |
| 82 | ☐ Educational courses |
| 79 | ☐ Court cost - Civil action number |
| 94 | ☐ Savings Bond |

**TRANSFERS** - No check will be produced

| CODE | |
|---|---|
| 68T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

DOC Form PF-30            10-A            CIB Form Revised 08-2003

DEFENDANT'S EXHIBIT B (1)





DEFENDANT'S EXHIBIT B (2)

| Date | Recipient | Tracking |
|---|---|---|
| 01-22-07 | J. Taylor 489707 (Doug Wellborn, Clerk) 3:35 | 7003 1680 0004 1814 6879 |
| 01-26-07 | R. Stinson 433686 (Betty Gaines) 4:64 | 7003 1680 0004 1814 6889 |
| 03-08-07 | H. Leonard 483279 (W. Robert Gill) 5:84 | 7003 1680 0004 1814 6893 |
| " | T. Smith 389356 (Lavelle Salomon) 4:64 | 7003 1680 0004 1814 6854 |
| " | (Edmond Kinler, Jr.) 4:64 | 7003 1680 0004 1814 6836 |
| 03-19-07 | J. West 184840 (LA Parole Board) 8:45 | 7003 1680 0004 1814 6843 |
| 03-15-07 | H. Bickham 351258 (Orleans Civil Dist(O) 6:08 | 7003 1680 0004 1814 6850 |
| " | A. Barroso 109444 (Peter Fitzgerald Clerk) date | 7003 1680 0004 1814 6867 |
| 03-19-07 | J. Silvan 420609 (Covington P.D.) 4:25 | 7003 1680 0004 1814 6874 6850 |
| " | E. Mire 261364 (ACLU of LA) 5:84 | 7003 1680 0004 1814 6898 |
| 03-26-07 | H. Leonard 483279 (Nelson Cameron) 6:80 | 7003 1680 0004 1814 6904 |
| 03-01-07 | T. Smith 389356 (Willy Martin, Jr.) 4:64 | 7003 1680 0004 1814 6911 |
| " | (Kelly & Kelly LLP) 487703 | 7003 1680 0004 1814 6928 |
| 03-06-07 | L. Cockrell 478138 (Tylene Cockrell) 4:64 | 7003 1680 0004 1814 6935 |
| " | A. Mumin 081084 (C. Jagneaux) 4:64 | 7003 1680 0004 1814 6942 |
| 03-26-07 | D. Felder 448056 (U.S. Dist Court) 5:36 | 7003 1680 0004 1814 6457 |
| 03-27-07 | R. Casey 309174 (11th Collins PhD) 5:36 | 7003 1680 0004 1814 6981 |
| " | (Stephen Callaway) 5:40 | 7003 1680 0004 1814 7048 |
| 03-09-07 | G. Ethridge 355813 (Stephen Gordon) 4:25 | 7003 1680 0004 1814 7055 |
| 03-01-07 | J. Cook 391543 (Bill Hodge Co(C) 4:64 | 7003 1680 0004 1814 6973 |
| " | (2nd Court of A) 4:88 | 7003 1680 0004 1814 7024 |
| 03-15-07 | G. Ethridge 355813 (James Caldwell) 4:64 | 7003 1680 0004 1814 7000 |
| 03-06-07 | A. Barroso 109444 (LA State Supreme C.) 8:45 | 7003 1680 0004 1814 7017 |
| 03-16-07 | H. Leonard 483279 (Nelson Cameron) 5:12 | 7003 1680 0004 1814 7031 |
| 03-26-07 | J. Cook 391543 (2nd Court of A) 4:88 | 7003 1680 0004 1814 7062 |
| 03-27-07 | J. Taylor 489707 (R. Shemwell)(Clerk) 6:50 | 7003 1680 0004 1814 7086 |
| " | D. Heaney 331013 (Black Men Pub) 4:25 | 7003 1680 0004 1814 7079 |
| 04-02-07 | A. Brown 439457 (23rd JDC CofC) 2:79 | 7003 1680 0004 1814 7093 |
| 04-04-07 | L. Cox 301103 (Eric Johnson) | 7003 1680 0004 1814 7109 |
| " | (Dale Montgomery) parry 2004 2510 0007 2385 5121 | |
| 04-09-07 | D. Mitchell 308448 (Laura White) 6:50 7004 2510 0007 2385 5138 | |
| 04-10-07 | Maintenance Dept (DEQ Permit Compliance) 4:64 7004 2510 0007 2385 5169 | |
| " | (Tom Hardaway) 4:64 7004 2510 0007 2385 5152 | |
| 04-19-07 | J. Cook 391543 (Diana Pratt-Wyatt) 8:45 7004 2510 0007 2385 5190 | |
| 04-11-07 | J. Cook 391543 (Diana Pratt-Wyatt) 8:45 7004 2510 0007 2385 5197 | |

Right column (recipient received by):

| Date | Signature |
|---|---|
| 04-13-07 | F. Augustine 185653 (14th JDC Clerk) 5:12 7004 2510 0007 2385 5103 |
| 04-16-07 | Inmate Banking (Avoyelles CC) 5:12 7004 2510 0007 2385 5229 |
| 04-18-07 | H. Leonard 483279 (Katie Schwartzmann) 4:88 7004 2510 0007 2385 5216 |
| " | (Nelson Cameron) 4:88 7004 2510 0007 2385 5223 |
| 04-19-07 | G. Ethridge 355813 (Ronald Miciotto) 4:64 7004 2510 0007 2385 5230 |
| 04-25-07 | R. Casey 309174 (U.S. Att. General) 4:88 7004 2510 0007 2385 5247 |
| " | (Charles Foti) 4:88 7004 2510 0007 2385 5254 |
| 05-10-07 | T. Smith 389356 (Doug Wellborn) 5:60 7004 2510 0007 2385 5261 |
| 05-09-07 | A. Brown 439457 (Bd of Vet Appeals) 4:12 2004 2510 0007 2385 5278 |
| " | (Hon. Ralph Tureau) 4:64 7004 2510 0007 2385 5285 |
| 05-10-07 | J. Webb 397010 (James Rottkamm) 5:12 7004 2510 0007 2385 5291 |
| 05-09-07 | P. Chandler 083040 (40th JDC C of C) 5:94 7004 2510 0007 2385 5308 |
| " | (John Skyler Marvin) 5:94 7004 2510 0007 2385 5315 |
| 05-17-07 | R. Casey 309174 (Henry Bernstein) 5:94 7004 2510 0007 2385 5322 |
| " | (Kirby Kelly) 5:94 7004 2510 0007 2385 5339 |
| 06-19-07 | A. Brown 439457 (1st Circuit CofA) 9:40 7004 2510 0007 2385 5384 |
| " | (Donald Candell DA) 9:40 7004 2510 0007 2385 5311 |
| 06-18-07 | J. Cook 391543 (Diana Pratt-Wyatt) 5:38 7004 2510 0007 2385 5346 |
| 06-26-07 | D. Autenberg 473843 (US DistCourt-Monroe) 4:94 7004 2510 0007 2385 5353 |
| 06-27-07 | Maintenance Dept. (Sean Nolan (DPH)) 5:94 7004 2510 0007 2385 5360 |
| 06-11-07 | J. Cook 391543 (John T. Oliver, Clerk) 10:50 7004 2510 0007 2385 5377 |
| 06-25-07 | R. Casey 309174 (Doug Moreau, DA) 5:21 7004 2510 0007 2385 5407 |
| 06-28-07 | R. Hudson 108115 (Doug Moreau, DA) 5:21 7004 2510 0007 2385 5407 |
| " | W. Smith 434594 (Clerk of Court) 6:28 7004 2510 0007 2385 5414 |
| 06-96-07 | B. Wells 153010 (Vicki Holzhauer) 4:80 7004 2510 0007 2385 5421 |
| 07-05-07 | B. Harmon 305788 (17th JDC Clerk) 6:11 7004 2510 0007 2385 5438 |
| " | W. Clark 127808 (FBI Washington DC) 6:28 7004 2510 0007 2385 5445 |
| 07-05-07 | E. Matthews 130544 (U.S.District (C.N.O.)) 10:40 7004 2510 0007 2385 5458 |
| " | L. Brown 346827 (19th JDC Clerk) 9:40 7004 2510 0007 2385 5469 |
| 01-09-07 | D. Mitchell 308448 (5thCircuit USCofA) 5:38 7004 2510 0007 2385 5476 |
| 01-07-07 | Maintenance. Dept (DEQ Permit Compliance) 5:21 7004 2510 0007 2385 5483 |
| " | (Tom Hardaway) 5:21 7004 2510 0007 2385 5490 |
| 07-19-07 | C. Wallace 093348 (Charles R. Fulbruggill CofC) 4:80 7004 2510 0007 2385 5506 |
| 07-25-07 | J. Cook 391543 (J.T. Oliver, Clerk) 8:94 7004 2510 0007 2385 5513 |
| 07-21-07 | P. Chandler 080040 (Doug Wellborn Col(C) 6:11 7004 2510 0007 2385 5520 |
| " | R. Mumin 046914 (Rapides Parish CofC) 6:45 7004 2510 0007 2385 5537 |